■ DORIS T. ETRO, Appellant-Respondent, v BRUNO A. ETRO, Respondent-Appellant.—Upon appeal by plaintiff, judgment of the Supreme Court, Suffolk County, dated January 10, 1980 affirmed insofar as appealed from, without costs or disbursements. No opinion. Cross appeal by defendant dismissed, without costs or disbursements. It was not properly perfected (see *Howe Ave. Nursing Home v Nafus*, 54 AD2d 686). Hopkins, J. P., Mangano, O'Connor and Weinstein, JJ., concur.

■ ARTHUR JOHN, Petitioner, v NEW YORK CITY POLICE DEPARTMENT, Respondent.—Proceeding pursuant to CPLR article 78 to review a determination of respondent, dated May 24, 1979 which, after a hearing, found petitioner guilty of certain misconduct and terminated his employment. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. On the record before us we hold that there was substantial evidence to support the finding that petitioner was guilty of the charges preferred against him (see *300 Gramatan Ave. Assoc. v State Div. of Human Rights*, 45 NY2d 176). Furthermore, the penalty imposed was not so disproportionate to the offenses, in light of all the circumstances, as to be shocking to one's sense of fairness (see *Matter of Pell v Board of Educ.*, 34 NY2d 222). As such, we confirm the action taken by the respondent police department. Hopkins, J. P., Rabin, Margett and O'Connor, JJ., concur.

■ THOMAS W. KENNEDY, Appellant, v ELSIE I. KENNEDY, Respondent.— Two orders of the Supreme Court, Nassau County, dated February 29, 1980 and September 18, 1980, respectively affirmed, without costs or disbursements. (We deem the notice of appeal from the decision dated Sept. 28, 1979 to be a premature notice of appeal from the Sept. 18, 1980 order. See CPLR 5520, subd [c].) No opinion. Hopkins, J. P., Rabin, Margett and O'Connor, JJ., concur.